IN RE: TRUST ESTATE OF EMILY ROEDIGER WHARTON; ERN-
EST BERGER, Trustee, and A. W. BRUBAKER, Attorney, v.
BABARA GERMANN, Creditor, and DOROTHY MEYER, CLAR-
ENCE C. PERPALL, ONA PERPALL, HAROLD PERPALL, EM-
ILIE PERPALL CHICHESTER, and NELLIE O. S. FINNIE, bene-
ficiaries.

18 So. (2nd) 166                                    January Term, 1944
May 26, 1944                                              Division B

A. W. Brubaker, for appellants.

*Robert W. Patton,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ.,
concur.